UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MR. KENDRICK FELTON SHORTS          CIVIL ACTION

VERSUS          NUMBER: 06-1793

PRISON, ET AL          SECTION: "A"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the letter filed by Plaintiff, dated July 28, 2006, which the Court is treating as Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

The magistrate found that the plaintiff's complaint is "so rambling, confusing, and vague that its true substance, if any, is impossible to ascertain. Defendant(s) cannot reasonably be expected to respond to such an unintelligible pleading." The magistrate thus recommended that plaintiff's complaint be dismissed without prejudice unless he amended it within twenty (20) days of July 12, 2006, the date of the issuance of the magistrate's report and recommendation, to set forth a comprehensible cause of action. Plaintiff did submit a document, filed on July 14, 2006, which has been docketed as an Amended Complaint. However, the Court finds that

neither this document nor the July 28 letter set forth a comprehensible cause of action. Thus, as the magistrate has recommended, suit will be dismissed without prejudice.

Accordingly,

**IT IS ORDERED** that suit is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Medical Director of Angola State Penitentiary or his designee shall give Kendrick Shorts a complete medical evaluation within seven (7) days of service of this order.

**IT IS FURTHER ORDERED** that the Medical Director of Angola State Penitentiary or his designee shall report to the Court that this order has been complied with, and shall confirm in writing that Kendrick Shorts is receiving the medical services that he requires. Written confirmation shall be faxed to Judge Jay C. Zainey at (504) 589-4575 within two (2) days of the examination.

**IT IS FURTHER ORDERED** that the Clerk of Court serve the United States Marshal with three certified copies of this order. The U.S. Marshal's Office shall serve the Warden of Angola State Penitentiary.

New Orleans, Louisiana, Tuesday, August 22, 2006.

_____
Judge Jay C. Zainey
United States District Court Judge